JOHN T. KEATING
Nevada Bar No.: 6373
**KEATING** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Metropolitan Group Property*
*& Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISRICT OF NEVADA

| | |
|---|---|
| CHONG YIM, | CASE NO.: 2:15-cv-01758-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff CHONG YIM and Defendant METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, by and through their respective counsel, that Plaintiff CHONG YIM's action against Defendant METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

There has been no trial date set in this case.

DATED this __11__ day of December, 2015.    DATED this __3rd__ day of December, 2015.

**K E A T I N G** LAW GROUP            **CRAIG P. KENNY & ASSOCIATES**

_____          _____
JOHN T. KEATING                  LAWRENCE E. MITTEN, ESQ.
Nevada Bar No.: 6373               Nevada Bar No.: 5428
9130 W. Russell Road, Ste. 200         501 South Eighth Street
Las Vegas NV 89148                Las Vegas NV 89101
Attorney for Defendant              Attorney for Plaintiff
*Metropolitan Group Property*          *Chong Yim*
*& Casualty Insurance Company*

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: December 11, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

**K E A T I N G** LAW GROUP

_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Metropolitan Group Property*
*& Casualty Insurance Company*